fused to tax in the costs on the judgment against the bail.(*a*)

*Talbot*, contra.

*Per Curiam.* Take your rule. The interest claimed ought not to be allowed.

Rule granted.

## Marseles *against* Clopper.

If the plaintiff does not proceed to trial, on account of the absence of material witnesses, who have been subpœnaed, he is not obliged to stipulate to prevent a non-suit.

SANDFORD, for the plaintiff, moved for judgment, as in case of non-suit, for not proceeding to trial.

*T. A. Emmet*, contra, read an affidavit, stating, that at material witness in the cause had been duly subpœnaed, and pains taken to procure his attendance at the trial; but that the witness did not attend, and the plaintiff's counsel did not think it safe to proceed to the trial of the cause without his testimony. These facts, he said, were sufficient to excuse the plaintiff from a stipulation.(*b*)

*Per Curiam.* The plaintiff need not stipulate, but he must pay the costs.

Rule refused.